RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Christopher Wilder

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER WILDER,<br><br>　　　　　Defendant. | Case No. 2:17-cr-254-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christopher Wilder, that the Sentencing Hearing currently scheduled on July 16, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On June 11, 2018, defense counsel substituted in as counsel for Mr. Wilder. Defense counsel requires additional time to meet with Mr. Wilder in order to review the presentence investigation report.

2. Additional time is needed in order for defense counsel to review medical documentation which was subpoenaed by prior counsel. Some of the subpoenas for medical documentation are still outstanding.

3. Defense counsel will be on leave for approximately 2-3 weeks commencing July 6, 2018.

4. The defendant is in custody and does not oppose a continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER WILDER,<br><br>    Defendant. | Case No. 2:17-cr-254-JCM-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 16, 2018 at 10:00 a.m., be vacated and continued to **Thursday, September 27, 2018 at 10:30 a.m.**; or to a time and date convenient to the court.

    DATED June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE