RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Wilder

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER WILDER,<br><br>   Defendant. | Case No. 2:17-cr-00254-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Wilder, that the Revocation Hearing currently scheduled on April 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

    This Stipulation is entered into for the following reasons:

    1.    The parties require additional time to attempt to negotiate a resolution of this matter.

    2.    The defendant is out of custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHRISTOPHER WILDER,<br><br>       Defendant. | Case No. 2:17-cr-00254-JCM-GWF<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 1, 2024 at 10:30 a.m., be vacated and continued to April 24, 2024 the hour of 10:30 a.m.; or to a time and date convenient to the court.

     DATED March 29, 2024.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

3