## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CHRISTOPHER WILDER,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:17-CR-254 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Christopher Wilder ("defendant")'s motion for leave to file his sentencing memorandum and corresponding exhibit under seal.  (ECF No. 69).

Defendant seeks leave to seal his sentencing memorandum and its attached exhibit, as they contain a detailed account of his numerous health conditions.  (*Id.* at 2).  Defendant believes his sensitive medical history provides a compelling reason for the court to seal these documents.  (*Id.*);  *see Demaree v. Pederson*, 887 F.3d 870, 884 (9th Cir. 2018); *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Pursuant to Local Rule 10-5 and Federal Rule of Criminal Procedure 49.1(d), the court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Christopher Wilder's motion for leave to file his sentencing memorandum and corresponding exhibit under seal (ECF No. 69) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

The clerk is instructed to maintain defendant's sentencing memorandum and corresponding exhibit under seal.

DATED May 22, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**